No. 01–8214.  BRADY *v.* PRICE, WARDEN, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 01–8215.  CAMPBELL *v.* GEMOLOGICAL INSTITUTE OF AMERICA.  C. A. 9th Cir.  Certiorari denied.

No. 01–8217.  CLARK *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 01–8220.  MCATEE *v.* ROBINSON ET AL.  C. A. 7th Cir. Certiorari denied.

No. 01–8221.  GOODIN, AKA GOODEN *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 01–8222.  CONSTANTINO HERNANDEZ *v.* ORTIZ, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–8224.  FOLEY *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 01–8226.  SWEED *v.* WICHITA COUNTY 30TH JUDICIAL DISTRICT COURT.  C. A. 5th Cir.  Certiorari denied.

No. 01–8227.  TYLER *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 01–8228.  WIGGINS *v.* SERIO.  C. A. 5th Cir.  Certiorari denied.

No. 01–8230.  YIZAR *v.* SIKES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 01–8236.  PRATT *v.* NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 01–8251.  KNOX *v.* SICKLES ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 01–8253.  WHEELER *v.* WASHINGTON.  Sup. Ct. Wash. Certiorari denied.